279-15

5/4/2015

Dear Mr Abel Acosta,

I'm writing Because I would like a copy of my petition for Discretionary Review Motion. Thanks!

Sincerely,

Daren Bell
# 1848812

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 08 2015

Abel Acosta, Clerk